# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GONZALEZ,<br><br>              Plaintiff,<br><br>  vs.<br><br>MARK SULLIVAN, et al.,<br><br>              Defendants. | Case No. CV 09-1696-VAP (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 31, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE