JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR GONZALEZ, | Case No. CV 09-1696-VAP (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MARK SULLIVAN., et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2010

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE